# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASUMA KHAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, et al.<br><br>　　　　Respondents. | Case No. 1:25-cv-01411-EPG-HC<br><br>ORDER VACATING ORDER TO RESPOND AND BRIEFING SCHEDULE<br><br>(ECF No. 6) |

On October 22, 2025, Petitioner, represented by counsel, filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On October 23, 2025, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 6.) Thereafter on the same day, Petitioner filed a motion for temporary restraining order. (ECF No. 9.)

In light of the filing of the motion for temporary restraining order, the Court HEREBY VACATES the October 23, 2025 order to respond and briefing schedule (ECF No. 6).

IT IS SO ORDERED.

Dated: **October 23, 2025**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE